United States Courts
Southern District of Texas
FILED
*July 06, 2022*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO. **4:22-CR-320** |
| § | |
| JOHNATHAN AVERY § | |
| Defendant. § | |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Sex Trafficking)

On or about March 27, 2022, in the Southern District of Texas and elsewhere, the defendant,

**JOHNATHAN AVERY,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize and solicit by any means a person, namely Victim 1, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, advertising, patronizing and soliciting by any means Victim 1 knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Victim 1 to engage in a commercial sex act;

**In violation of Title 18, United States Code, Sections 1591(a), (b)(1) and 2.**

1

## NOTICE OF FORFEITURE
### (18 U.S.C. § 1594(d))

Pursuant to Title 18, United States Code, Section 1594(d), the United States gives notice to defendant,

**JOHNATHAN AVERY,**

that in the event of conviction of any of the offenses charged in Count One of this Indictment, the following property is subject to forfeiture:

(1) all real and personal property that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation and all property traceable to such property; and

(2) all real and personal property constituting or derived from, proceeds obtained, directly or indirectly, as a result of such violation and all property traceable to such property.

## **MONEY JUDGMENT; SUBSTITUTE ASSETS**

Defendant is notified that in the event of conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture. Defendant is notified in the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant up to the total value of the property subject to forfeiture.

A True Bill:

_Original Signature on File_
Grand Jury Foreperson

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By: _Lisa M. Collins_
LISA M. COLLINS
Assistant United States Attorney